UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DONNA MCGUIRE,

                Plaintiff,

            DECLARATION

      -against-

            05 Civ. 2632 (WCC)

SHEILA WARREN, sued in her Individual
Capacity and COUNTY OF ORANGE,

                Defendants.
------------------------------------------------------------x
STATE OF NEW YORK)
                ss:
COUNTY OF ORANGE)

      LAURA M. WONG-PAN, hereby declares pursuant to 28 U.S.C. §1746, as follows:

      1. I am an Assistant County Attorney to David L. Darwin, Acting County Attorney for Orange County, attorneys for Defendants Sheila Warren, sued in her individual capacity and the County of Orange. I joined the County Attorney's Office in May of 2002. Unless otherwise indicated, I make this declaration based on personal knowledge and/or information I have learned in the course of my official duties.

      2. This Declaration is submitted in support of the Defendants' motion to dismiss pursuant to Rule 12(c) of the Federal Rules of Civil Procedure.

      3. The County of Orange entered into a contract with plaintiff Donna McGuire, effective from July 1, 2004 to June 30, 2005. Annexed hereto as Exhibit A is a true and accurate copy of said contract.

      4. Annexed hereto as Exhibit B is a true and accurate copy of a Memorandum from Sheila Warren to John Kodra, dated September 21, 2004.

5. Annexed hereto as Exhibit C is a true and accurate copy of an e-mail, and attachments to the e-mail, sent by Maryann Melville on September 28, 2004.

6. Annexed hereto as Exhibit D is a true and accurate copy of an e-mail sent by Maryann Melville, dated October 8, 2004.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 20, 2005.

    _s/_____
    Laura M. Wong-Pan (LW 8350)
    Assistant County Attorney